# EXHIBIT A

## LIST OF ADMISSIBLE EXHIBITS
## AND CERTIFICATES OF AUTHENTICITY

**Self-Authenticating Business Records – Certificates of Authenticity**

| Business Entity | Description | Pages |
|---|---|---|
| Amazon.com, Inc. | Certificate of authenticity for Amazon.com, Inc. subscription and order history records (Amazon Ref. No. CRIM1065880 20) | 2-3 |
| LandAirSea | Certificate of authenticity for LandAirSea GPS tracker records (tracker serial no. 8880936892) | 4 |
| SA Company | Certificate of authenticity for SA Company packing slip invoice (order no. 1154753.000) | 5-6 |

**Self-Authenticating Public Record – Certificate of Authenticity**

| Public Agency | Description | Pages |
|---|---|---|
| Pennsylvania Department of Transportation | Certificate of authenticity for Pennsylvania Department of Transportation Vehicle Record Abstract | 7-8 |

**From:** subpoena-criminal@amazon.com <subpoena-criminal@amazon.com>
**Sent:** Thursday, July 2, 2020 2:32 PM
**To:** Carissimi, Anthony (USAPAE) <ACarissimi@usa.doj.gov>
**Cc:** O'Reilly, Sarah C. <Sarah.OReilly@atf.gov>
**Subject:** Amazon Ref. No. CRIM1065880 2020 DS: In Re: Shaquan Brown (External Case No. 2020-00042)

Certificate of Authenticity

I, Mike Sutherland, declare as follows:

1. I am an employee of Amazon, Inc. ("Amazon"). I make this declaration based on personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify as set forth below.
2. Amazon produced documents responsive to the above-referenced law enforcement request.
3. All documents produced by Amazon are authentic, are what they purport to be, and accurately describe the transactions, communications, and events set forth therein.
4. All documents produced by Amazon are business records in that they are (i) records kept in the ordinary course of business; (ii) created at or near the time of the transactions or events reflected therein, or based on information from a person with knowledge of the transaction or events; and (iii) kept as a part of a regular business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/2/2020, at Seattle, Washington.

Mike Sutherland

Law Enforcement Response Specialist

Amazon.com, Inc.

**002**

NOTICE: This communication might contain privileged and/or confidential information. If you are not the intended recipient or you believe that you have received this communication in error, please delete this message and do not print, share, or otherwise use this message or its contents in any way. Please also indicate by reply email that you have received this communication in error and that you have deleted it.

**003**

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC
RECORDS PURSUANT TO FEDERAL RULES OF
EVIDENCE 902(11) AND 902(13)**

I, _Robert S. Phillips_ (Name), attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by _Land Air Sea Systems_ (Entity) (hereinafter "the entity"), and my title is _Software Engineer_ (Title) I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the provider. The attached records consist of __LandAirSea records associated with tracker serial no. 8880936892, provided via a .zip folder titled "LeviMacDonald_5Jun2020.zip"__. I further state that:

*Generally describe records (pages/CDs or DVDs/megabytes)*

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the entity, and they were made by the entity as a regular practice; and

    b.    such records were generated by the entity's electronic process or system that produces an accurate result; and

    c.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_3-15-24_          _[signature]_
Date                  Signature

**004**

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC
RECORDS PURSUANT TO FEDERAL RULES OF
EVIDENCE 902(11) AND 902(13)**

I, <ins>Jessica Kinsler</ins>, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by <ins>TDS Management / SA Company</ins> (hereinafter "the entity"), and my title is <ins>General Manager</ins> I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the provider. The attached records consist of <ins>SA Company packing slip - order 1154753.000 dated 12-1-2019, shipped 12-2-2019</ins>. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the entity, and they were made by the entity as a regular practice; and

    b.    such records were generated by the entity's electronic process or system that produces an accurate result; and

    c.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

<ins>3/13/2024</ins>                        <ins>Jessica Kinsler</ins>
Date                                       Signature

**005**

**Packing Slip**

**SA Company**
2045 High Ridge Road
Suite A
Boynton Beach, FL 33426



| Ship To: | SHAQUAN BROWN<br>432 N SIMPSON ST<br>PHILADELPHIA, PA 19151 US | Order # | 1154753.000 |
|---|---|---|---|
| | | Date | 12/1/2019 |
| | | User | |
| | | Ship Date | 12/2/2019 |

| Item | Description | Price | Qty | Ext. Price |
|---|---|---|---|---|
| SA-50016 | Clown | $0.00 | 1 | $0.00 |
| SA-50123 | Two Face | Two-Sided | $0.00 | 1 | $0.00 |
| SA-50446 | Tough Guy | $0.00 | 1 | $0.00 |
| SA-50653 | Mr. Jokester | $0.00 | 1 | $0.00 |
| SA-50654 | Temptress | $0.00 | 1 | $0.00 |
| SA-5PACK-B1G4-1 | SA-5PACK | $20.00 | 1 | $20.00 |
| SA-BFREE-FACE | Face Shield | Black Friday Gift | $0.00 | 1 | $0.00 |

20695 3768822

| | |
|---|---|
| Sub Total: | $20.00 |
| Tax: | $2.00 |
| Shipping: | $5.00 |
| Total: | $27.00 |

**Amount Paid:**   $0.00



**006**



**PENNSYLVANIA DEPARTMENT OF TRANSPORTATION**
**VEHICLE RECORD ABSTRACT**
**03/07/24**
**11:42**
**PAGE 1**

240673430028579000

| | | | |
|---|---|---|---|
| **OWNER:** | RILEY,TAHIR MARCEL<br>4649 NAPLES ST<br>PHILADELPHIA,PA 19124 | **LESSEE:** | NONE |
| **TITLE NUMBER:** | 76890095 | | |
| **TAG NUMBER:** | LFP7559 | **TITLE DATE:** | 12/01/16 |
| **VIN:** | 2G1WC5EM0A1102956 | **REGISTRATION EXPIRY DATE** | 10/20 |
| | | **BODY TYPE:** | SDN |
| **MAKE:** | CHEVROLET | **ODOMETER READING:** | 100000* |
| **MODEL:** | IMP | *ACTUAL MILEAGE | |
| **RENEWAL WID:** | 193253410020457001 | **DUPLICATE TITLE COUNT:** | 00 |
| **PREVIOUS TAG:** | KXH8601 | **VEHICLE YEAR:** | 2010 |
| **LIENS:** | NO | **STOLEN DATE:** | |
| **STOPS:** | NO | | |

**TITLE BRAND INFORMATION**

RECONSTRUCTED VEH

**SUSPENSION INFORMATION**

NO SUSPENSIONS EXIST FOR THIS TITLE

**007**



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF TRANSPORTATION**
**SAFETY ADMINISTRATION**
**HARRISBURG, PA 17123**
03/07/24
11:42

JUSTICE NETWORK
5 Technology Park
Harrisburg Hospital Grounds
Harrisburg PA 17110

240673430028579000

**CERTIFICATE & ATTESTATION**

I hereby certify that Stephen J. Madrak, Director of the Bureau of Motor Vehicles of the Department of Transportation, is the legal custodian of the Motor Vehicle Records of the Pennsylvania Department of Transportation

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND SEAL OF THIS DEPARTMENT ON THE ABOVE DATE IN ACCORDANCE WITH SECTION 6103 OF THE JUDICIAL CODE, TITLE 42, PA. Consolidated Statutes.



**SEAL**              **MICHAEL B. CARROLL**
**DATE: 03/07/24**    **SECRETARY OF TRANSPORTATION**

I hereby certify that the documents attached hereto are full, true and correct photostatic, microfilm or printed copies of documents or electronically stored information of which I have legal custody, and that the copies conform to the requirements of Section 6109 of the Judicial Code. Sales tax information is redacted from applications for certificate of title in accordance with the Act of April 9, 1929, P.L. 343, as amended, 72 P.S. Section 731.

**TITLE:**    76890095
**TAG:**      LFP7559
**VIN:**      2G1WC5EM0A1102956

CERTIFIED IN ACCORDANCE WITH SECTION 6103 OF THE JUDICIAL CODE, TITLE 42, PA. Consolidated Statutes.

**SEAL**              **STEPHEN J. MADRAK, DIRECTOR**
**DATE: 03/07/24**    **BUREAU OF MOTOR VEHICLES**

**008**