**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO. 20-260** |
| **SHAQUAN BROWN, et al** | **:** | |

**<u>WITHDRAWAL OF APPEARANCE</u>**

Kindly withdraw the appearance of Assistant United States Attorney,

Timothy M. Stengel, on behalf of the United States of America.


DAVID D. METCALF
UNITED STATES ATTORNEY

*/s/ Timothy M. Stengel*
Timothy M. Stengel
Assistant United States Attorney